IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA** | : |
| | : |
| | : |
| v. | : Case No.: |
| | : |
| **JEFFERSON-11TH STREET, LLC,** | : |
| **ET AL.** | : |
| | : |
| | : |
| | : |

## NOTICE OF REMOVAL

The Defendant, Ellis J. Parker, by his attorneys Bacon, Thornton & Palmer, LLP, pursuant to 28 USC §§1441 and 1446, files this Notice of Removal of this action from the Superior Court for the District of Columbia in which it is now pending to the United States District Court for the District of Columbia, and relies upon the following facts to support removal of this case:

     1.    Plaintiff filed suit in the Superior Court for the District of Columbia, docketed as Case No. 2017 CA 002837 2.

     2.    The Complaint filed in this case was served upon Defendant Ellis Parker on August 14, 2017 . This Notice of Removal has been filed within thirty (30) days of service of the Summons and Complaint on Defendant Parker.

     3.    Attached hereto and filed herewith as Exhibit 1 are copies of the Writ of Summons and Complaint, as well as other filings made in the Superior Court for the District of Columbia.

4. The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of $75,000.00.

5. At the time of the commencement of this action and at all relevant times, the Plaintiffs and Defendants in this action are citizens of different states. The citizenship of the parties is as follows:

> District of Columbia, plaintiff – Washington, DC
>
> Jefferson-11th Street, LLC, defendant
>> Members of the LLC: Ellis J. Parker – Florida
>>> Nancy Parker – Florida
>>> Stuart Parker – New Jersey
>>> Francis Hill Parker - Kentucky
>
> SCF Management, LLC, defendant
>> Members of the LLC: Stanley Ford, Sr. – Maryland
>
> Stanley Ford, Sr., defendant – Maryland
>
> Ellis J. Parker, defendant – Florida.

All of the Defendants consent to the removal of this action.

6. This action is one over which this Court has original jurisdiction under the provisions of 28 USC §1332, and is one that the Defendant may remove pursuant to 28 USC §1441.

7. Venue lies in this Court because the property in question is located in this district and division.

8. That after properly filing this petition, Defendant will give written notice thereof to the Plaintiff and file a copy of this Notice of Removal with the Clerk of the Superior Court for the District of Columbia to be docketed in Case Number 2017 CA 002837 2.

Wherefore, Defendant Ellis J. Parker notes this removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

BACON, THORNTON & PALMER, LLP

*/s/ Richard S. Schrager*
Richard S. Schrager  #349530
BACON, THORNTON & PALMER, L.L.P.
6411 Ivy Lane
Suite 500
Greenbelt, MD 20770
E-mail: rschrager@lawbtp.com
(301) 345-7001
(301) 345-7075 (facsimile)
*Attorneys for Defendant Parker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August 2017, a copy of the foregoing Notice of Removal was mailed, postage prepaid, first class, to:

Joanna G. Persio, Esq.
Blake A. Biles, Esq.
Daniel Pariser, Esq.
555 12th St NW #100
Washington, DC 20004
*Attorneys for Plaintiffs*

Jane Lewis, Chief, Housing and Community Justice Section

Stacy Jeremiah, Assistant Attorney General
441 4th Street, NW
Suite 1060 North
Washington, D.C. 20001
*Attorney for the District of Columbia*

Benjamin Wiseman, Assistant Attorney General
441 4th Street, NW
Suite 600-S
Washington, D.C. 20001
*Attorney for the District of Columbia*

Jeffrey W. Styles, Esq.
WASHINGTON LEGAL GROUP, LLC
1150 Connecticut Ave., N.W., 9th – FL
Washington, D.C. 20036
*Counsel for Defendants Jefferson-11th Street LLC, et al.*

                                        */s/ Richard S. Schrager*
                                        Richard S. Schrager